# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

CESAR IVAN TORRES SUAREZ,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

No. 5:26-cv-00458-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Cesar Ivan Torres Suarez. No parties filed objections to the Report and Recommendation within the time permitted. (ECF 19.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is **granted**;

3. Petitioner shall be released from immigration detention on the parole conditions previously imposed within 24 hours of this Order;

4. Respondents shall file a status report within two court days of this

Order confirming their compliance with the Court's order; and

5.   The Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED: April 13, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2